Butt and others agt. Frenche.

---

## NEW-YORK COMMON PLEAS.

ROBERT McC. BUTT and others agt. JAMES FRENCHE.

No appeal lies from an *order* made by a single justice of the marine court, to the general term of that court.

The appellate jurisdiction of the general term of that court, is confined exclusively to *judgments*.

MOTION made on the part of the defendant to stay the supplemental proceedings on the judgment recovered in the marine court, on the ground that the defendant had appealed from the order overruling the demurrer, to the general term of that court.

> C. BAINBRIDGE SMITH, *for the plaintiffs.*
> JOHN FITCH, *for the defendant.*

BRADY, Judge. Appeals may be taken from the judgment entered by the direction of a single justice of the marine court, to the justices thereof, at a general term, in the same manner and with the like effect, as appeals in the supreme court, from the decision of a single judge to the general term. (*Laws* 1853, *p.* 1165.) The manner relates to the mode of proceeding in effecting an appeal, the notice and security to

be given; the effect relates to consequences produced by the
appeal, as under what circumstances it shall operate to stay
proceedings. (*The People ex rel. Debenetti* agt. *The Clerk of the
N. Y. Marine Court*, 13 *How*. 260.) The appeal from the
judgment of a single justice to the general term of the su-
preme court, is regulated by section 348 of the Code; and
relates exclusively to judgments. By that section, it is ex-
pressly provided that such appeal when taken, does not stay
the proceedings, unless security be given as upon an appeal
to the court of appeals. The defendant admits that on the
appeal taken to the general term of the marine court, no
security was given, and it is, therefore, clear that he is not
entitled to any stay of proceedings in this court, on the
judgment acquired by filing a transcript from the court below.
(*Code*, § 68.) It also appears from the moving papers, that
the appeal to the general term of the marine court, was from
an order, and if by this is meant some proceeding other than
a judgment by a single justice, the appeal was improperly
taken. The appellate jurisdiction of the general term of the
marine court, is confined to judgments; (*Statute* 1853 ; *The
People* agt. *The Clerk of the Marine Court; Code*, § 348, *supra ;*)
and a judgment is defined by the Code, (§ 245,) to be the final
determination of the rights of the parties in the action ; while
by section 400, every direction of a court or judge, made or
entered in writing, and not included in a judgment, is denom-
inated an order. Stay, on the ground that appeal has been
taken, refused for the reasons stated.